AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One (1) Apple iPhone 15 Pro IMEI: 355721798554038<br>with a SIM card | )<br>)<br>)   Case No. 2:25-mj-00442<br>)<br>)<br>) |

FILED _____ LODGED
_____ RECEIVED

**Mar 20, 2026**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ Washington _____
*(identify the person or describe the property to be searched and give its location)*:

One (1) Apple iPhone 15 Pro IMEI: 355721798554038 with a SIM card

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, for list of items to be seized, incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before _____ August 6, 2025 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ any U.S. Magistrate Judge in this District _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☒ for 30 days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      07/23/2025 at 10:18am          *Judge's signature*

City and state:      Tacoma, Washington          J. Richard Creatura, United States Magistrate Judge
                                                      *Printed name and title*

USAO# 2025R00832

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| 2:25-mj-00442 | Return | |
|---|---|---|
| Case No.:<br>BL07PE24BL0001 | Date and time warrant executed:<br>08/08/2025 | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

Data extracted from device.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/20/2026

_Executing officer's signature_

CBPO Weisenburger, Ryan
_Printed name and title_

USAO# 2025R00832

Received 3/20/2026